**BELL v STATE**

Ohio Appeals, 5th Dist, Tuscarawas Co

Decided April 28, 1936

Willard D. Campbell, Cambridge, for appellant.

Jonathan S. Hare, Dennison, for appellee.

For full opinion see 5 OO 598; 52 Oh Ap 11.